```
                    _____

                    No. 95-2957EM
                    _____
```

Duane Glass,                          *
                                      *
            Appellant,                *
                                      *
     v.                               *    Appeal from the United States
                                      *    District Court for the Eastern
Dora B. Schriro; James D.             *    District of Missouri.
Purkett, in their individual          *
and official capacities, and          *    [UNPUBLISHED]
on behalf of themselves and all       *
similarly situated agents,            *
successors in office,                 *
                                      *
            Appellees.                *

```
                    _____

            Submitted:  March 1, 1996

              Filed:  March 6, 1996
                    _____
```

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
```
                    _____
```

PER CURIAM.


     Duane Glass appeals the district court's adverse grant of summary judgment in Glass's 42 U.S.C. § 1983 action.  Having carefully considered the record and the parties' briefs, we conclude no error of law appears. We thus affirm the decision of the district court without further discussion.  See 8th Cir. R. 47B.


     A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.